# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 23, 2017

In re:

    Channa Yin

    Julie Yin

                      Debtor*

Case Number: 17–50519 jam
Chapter: 7

### COURT'S MOTION AND NOTICE OF HEARING TO DETERMINE IF DISCHARGE SHOULD ENTER FOR FAILURE TO FILE THE DEBTOR'S CERTIFICATION ABOUT A PERSONAL FINANCIAL MANAGEMENT COURSE PURSUANT TO 11 U.S.C. §727(a)(11)

**NOTICE IS HEREBY GIVEN** that the Debtor has failed to timely file a certificate of completion (Official Form B423) titled "Certification About a Financial Management Course" and that an approved provider of an instructional course concerning personal financial management has not notified the court that the Debtor has completed the course after filing the petition.

**PLEASE BE ADVISED** that 11 U.S.C. § 727(a)(11) requires each Debtor to complete an approved instructional course concerning personal financial management within 60 days of the first date set for the meeting of creditors in order to receive a discharge. By failing to timely file a certificate of completion, the Debtor's case will be closed without a discharge being issued pursuant to Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 727(a)(11).

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **September 5, 2017** at **09:30 AM** at the **U. S. Bankruptcy Court, 915 Lafayette Blvd, Room 326, Bridgeport, CT 06604** at which time the Debtor shall have the opportunity to appear and show cause as to why an order of No Discharge should not enter.

If the required Form B423 is filed with the court prior to the above scheduled hearing, the hearing will be marked off and the debtor does not need to appear.

Staff members of the Bankruptcy Court Clerk's Office are available to assist with procedural matters, however they are not allowed to provide legal advice. Please do not contact the staff for legal advice.

Dated: August 23, 2017

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 101 – ts

*For the purposes of this Motion and notice, "Debtor" means "Debtors" where applicable.